1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

8  DESMOND PRYER,                          Case No.  1:23-cv-00250-BAM (PC)

9              Plaintiff,                  ORDER GRANTING REQUEST TO FILE
                                           NOTICE OF VOLUNTARY DISMISSAL
10      v.
                                           (ECF No. 13)
11  BARBA, *et al.*,

12              Defendants.

13

14          Plaintiff Desmond Pryer ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma*

15  *pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  On October 8, 2025, the Court

16  screened Plaintiff's complaint and granted him leave to file an amended complaint or notice of

17  voluntary dismissal within thirty days after service.  (ECF No. 12.)

18          Currently before the Court is Plaintiff's request to file a notice of voluntary dismissal,

19  filed October 24, 2025.  (ECF No. 13.)  Plaintiff requests that the Court allow him to file a notice

20  of voluntary dismissal of this action.  (*Id.*)  As stated in the Court's screening order, Plaintiff may

21  file a notice of voluntary dismissal in lieu of filing an amended complaint.  (ECF No. 12.)

22  Accordingly, Plaintiff's request is GRANTED.  Plaintiff may file a notice of voluntary dismissal

23  pursuant to Federal Rule of Civil Procedure 41(a)(A)(i) within fourteen (14) days of the date of

24  service of this order.

25
26  IT IS SO ORDERED.

27      Dated:   __October 27, 2025__          ___/s/ Barbara A. McAuliffe___
                                               UNITED STATES MAGISTRATE JUDGE
28

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28